UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

RAY WILLIAMS,

                                         Plaintiff,

    **-v.-**

                                         Civil Action No.
                                         9:04-cv-257 (GLS/DRH)

D. INGRAHAM, Correction Officer

                                         Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                           OF COUNSEL:

**FOR THE PLAINTIFF:**

RAY WILLIAMS
Plaintiff Pro Se
Last Known Address:
No. 99-A-6603
Camp Pharsalia
496 Center Road
South Plymouth, New York 13844

**FOR THE RESPONDENT:**

HON. ANDREW M. CUOMO          RISA L. VIGLUCCI, ESQ.
Attorney General for the State       Assistant Attorney General
   of New York
Attorney for Defendant
The Capitol
Albany, New York 12224-0341


GARY L. SHARPE,
U.S. DISTRICT JUDGE

**ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed August 20, 2007. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed August 20, 2007 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the plaintiff's motion for summary judgment (Dkt. No. 32) is DENIED, and it is further

ORDERED, that the Defendant's cross-motion for summary judgment (Dkt. No. 35) is GRANTED, and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of the Defendant and close this case.

IT IS SO ORDERED

Dated:   September 14, 2007
         Albany, New York

Gary L. Sharpe
U.S. District Judge